UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHALED RABBAH and AMIRA RABBAH,

        Plaintiffs,

vs.

AMERICREDIT FINANCIAL SERVICES, INC.,

        Defendant.

Case No. 23-12504

Honorable Paul D. Borman

Magistrate Judge Kimberly G. Altman

| | |
|---|---|
| Adam G. Taub (P48703)<br>**ADAM G. TAUB & ASSOCIATES CONSUMER LAW GROUP, PLC**<br>*Attorneys for Plaintiff*<br>17200 West 10 Mile Road, Suite 200<br>Southfield, MI 48075<br>(248) 746-3790<br>adamgtaub@clgplc.net | Erin R. Katz (P71604)<br>**DYKEMA GOSSETT PLLC**<br>*Attorneys for Defendant PHH Mortgage*<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0761<br>ekatz@dykema.com |

## JOINT NOTICE OF SETTLEMENT PURSUANT TO L.R. 41.1

Please take notice that the Plaintiffs have agreed with Defendant to compromise and settle the claims and causes of action in the above-captioned action. The parties are working on finalizing settlement documents for execution. Upon complete execution of the settlement documents and payment of the settlement amount to Plaintiffs, Plaintiffs' claims against Defendant will be voluntarily dismissed by Plaintiffs.

                                Respectfully submitted,

                                DYKEMA GOSSETT PLLC

                                By: */s/ Adam G. Taub*

Dated: November 30, 2023              Adam G. Taub (P48703)
                                          **ADAM G. TAUB & ASSOCIATES CONSUMER LAW GROUP, PLC**
                                          Attorneys for Plaintiff
                                          17200 West 10 Mile Rd., Suite 200
                                          Southfield, MI 48075
                                          (248) 746-3790
                                          adamgtaub@clgplc.net

                                Respectfully submitted,

                                DYKEMA GOSSETT PLLC

                                By: */s/ Erin R. Katz*

Dated: November 30, 2023              Erin R. Katz (P71604)
                                          **DYKEMA GOSSETT PLLC**
                                          *Attorneys for Defendant*
                                          39577 Woodward Avenue, Suite 300
                                          Bloomfield Hills, MI 48304
                                          (248) 203-0761
                                          ekatz@dykema.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 30, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

        By: */s/ Erin R. Katz*
         Erin R. Katz (P71604)
         **DYKEMA GOSSETT PLLC**
         *Attorneys for Defendant*
         39577 Woodward Avenue, Suite 300
         Bloomfield Hills, MI 48304
         (248) 203-0714
         ekatz@dykema.com