# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KHALED RABBAH, and AMIRA
RABBAH

          Plaintiffs,

vs.

AMERICREDIT FINANCIAL
SERVICES, INC.,

          Defendant.

Case No. 23-12504

Honorable Paul D. Borman

Magistrate Judge Kimberly G. Altman

---

Adam G. Taub (P48703)
**ADAM G. TAUB & ASSOCIATES**
**CONSUMER LAW GROUP, PLC**
*Attorneys for Plaintiff*
17200 West 10 Mile Rd., Suite 200
Southfield, MI 48075
(248) 746-3790
adamgtaub@clgplc.net

Erin R. Katz (P71604)
**DYKEMA GOSSETT PLLC**
*Attorneys for Defendant PHH Mortgage*
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0761
ekatz@dykema.com

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the parties evidenced by their attorneys' signatures below, Plaintiffs Khaled Rabbah and Amira Rabbah (collectively "Plaintiffs"), and Defendant Americredit Financial Service, Inc., through their respective undersigned counsel, hereby stipulate and agree that that the above captioned action is hereby dismissed with prejudice.

120195.000010  4873-2191-8868.1

IT IS HEREBY ORDERED that the above captioned action is hereby dismissed with prejudice and without costs to either party.


Dated: December 27, 2023                         s/ Paul D. Borman
                                                 Paul D. Borman
                                                 United States District Judge



**SO STIPULATED:**

By:*/s/ Adam G. Taub*  (with consent)       By:*/s/ Erin R. Katz*
Adam G. Taub (P48703)                       Erin R. Katz (P71604)
*Attorney for Plaintiffs*                   *Attorney for Defendant*

Dated:  December 27, 2023